IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD M. HOLZAPFEL, <br><br> Plaintiff, <br><br> vs. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL No.: C 05-03785 BZ <br><br> STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Holzapfel may have an extension of 7 days in which to file his motion for summary judgment post his receiving the transcript of the administrative proceedings on December 27, 2005. Plaintiff's response is now due on February 3, 2005 pursuant to Civil L.R. 16-5.

/

/

/

/

/

HOLZAPFEL, EXT.FILE MOTION FOR SUMMARY JUDGMENT
C 05-03785 BZ

Dated: January 27, 2006

Signed /Ian M. Sammis/
_____
IAN M. SAMMIS
Attorney for Plaintiff

Dated: January 27, 2006

___Signed /Sara Winslow_____
SARA WINSLOW
ASSISTANT U.S. Attorney
  And Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 6, 2006

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO ORDERED
/s/ Bernard Zimmerman
Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOLZAPFEL, EXT.FILE MOTION FOR SUMMARY JUDGMENT
C 05-03785 BZ