UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD M. HOLZAPFEL,<br><br>   Plaintiff,<br><br>  v.<br><br>JOANNE B. BARNHART,<br>Commissioner of Social<br>Security<br><br>   Defendant. | No. 05-3785 BZ<br><br>**BRIEFING ORDER** |

The court is in receipt of plaintiff's motion for remand and various other relief and the declaration attaching the fully favorable decision of the Administrative Law Judge, both filed June 8, 2006.

**IT IS HEREBY ORDERED** as follows:

1. If defendant opposes plaintiff's motion, opposition shall be filed by **June 16, 2006**. Plaintiff's reply, if any, shall be due by **June 21, 2006**.

///

///

///

1

1  2. If defendant does not oppose plaintiff's motion,
2     defendant shall prepare an appropriate stipulated
3     final judgment or other order and file it by **June
4     16, 2006**.

DATED: June 9, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HOLZAPFEL\BRIEF.ORD.wpd

2