UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOWARD M. HOLZAPFEL, | ) | |
| Plaintiff, | ) | No. 05-3785 BZ |
| v. | ) | |
| JOANNE B. BARNHART, Commissioner of Social Security | ) ) ) | **ORDER SCHEDULING STATUS CONFERENCE** |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that a status conference to discuss the appropriate disposition of this matter is scheduled for **August 7, 2006 at 4:00 p.m.,** Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  No further briefs need be filed.  Defendants shall inform the court whether the Appeals Council has reviewed the May 26, 2006 decision in plaintiff's favor.

Dated:  June 27, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\holzapel\status.conf.ord.wpd

1