UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOWARD M. HOLZAPFEL, | ) | |
| Plaintiff, | ) | No. 05-3785 BZ |
| v. | ) | **ORDER DENYING REQUEST TO VACATE STATUS CONFERENCE** |
| JOANNE B. BARNHART, Commissioner of Social Security | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that defendant's request to vacate the status conference scheduled for August 7, 2006 is **DENIED**.

Dated: August 4, 2006

                                              Bernard Zimmerman
                                              United States Magistrate Judge

1