UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD M. HOLZAPFEL, ) ) | |
| Plaintiff, ) ) | No. 05-3785 BZ |
| v. ) ) | **ORDER DISMISSING COMPLAINT** |
| JOANNE B. BARNHART, ) Commissioner of Social ) Security ) ) | |
| Defendant. ) ) | |

Having received plaintiff's voluntary dismissal without prejudice [docket # 24] and defendant's notice of non-opposition to plaintiff's voluntary dismissal [docket # 25], **IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff's complaint is **DISMISSED** and all pending motions and matters are **VACATED**.

Dated: September 11, 2006

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

1